Charles Coleman **BEARD**, etc., et al., Appellants, v. John Taylor **WILSON**, etc., Appellee.

Circuit Court of Appeals, Eighth Circuit. March 21, 1929.

No. 8104.

C. H. Mauntel, of Alva, Okl., and D. W. Eaton, of Wichita, Kan., for appellants.

Hugh W. McCulloch, of Chicago, Ill., and A. G. C. Bierer, of Guthrie, Okl., for appellee.

PER CURIAM. Appeal dismissed, without costs to either party in this court, per stipulation of parties.